

FILED

Apr 13, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States
Attorney 2500 Tulare Street,
Suite 4401 Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  1:22-mj-00055-EPG |
| v. | SEALING ORDER |
| DONALD RAY PHELPS, JR. | **UNDER SEAL** |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

Dated:  **Apr 13, 2022**

_Erica P. Grosjean_
Hon. Erica P. Grosjean
U.S. MAGISTRATE JUDGE