IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:22-CR-00121-1-JLT SKO |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| DONALD RAY PHELPS, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Timothy P. Hennessy be appointed to represent the

above defendant in this case effective *nunc pro tunc* to April 15, 2022.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **May 2, 2022**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE