IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>        Plaintiff, <br><br>    v. <br><br> DONALD REY PHELPS, JR., <br><br>        Defendant. | 1:22-cr-00121 JLT-SKO <br><br> **New Case Number:** <br> **1:22-cr-00121-DAD-BAM** <br><br> **ORDER TRANSFERRING CASE FOR ALL PURPOSES** |

Pursuant to the filing of the Notice of Related Cases in case numbers 1:22-cr-00119-DAD-BAM, 1:22-cr-00120 DAD-BAM, 1:22-cr-00122-DAD-BAM and 1:22-cr-00121-JLT-SKO filed on April 29, 2022 and May 2, 2022;

Case number 1:22-cr-00121-JLT-SKO is transferred to the docket of District Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe to effect a savings of judicial effort and judicial economy.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:22-cr-00121-DAD-BAM**

IT IS SO ORDERED.

Dated:  **May 6, 2022**

UNITED STATES DISTRICT JUDGE

1