**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for Donald Ray Phelps, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Donald Ray Phelps Jr.,<br><br>Defendant. | No. 1:22-cr-00121-ADA-BAM-1<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |

On April 28, 2022, Donald Ray Phelps Jr. was indicted on federal charges. Timothy Hennessy appointed as trial counsel to represent Mr. Phleps on 1:22-cr-00121-ADA-BAM-1 in his criminal case. Mr. Phelps was sentenced pursuant to a plea agreement on July 10, 2023. The time for filing a direct appeal was July 28, 2023. No direct appeal was filed. Mr. Phelps was in custody at sentencing. Having completed his representation of Mr. Phelps, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

/
//
///

Should Mr. Phelps require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: July 28, 2023     Respectfully submitted,

/s/*Timothy Hennessy*
Timothy Hennessy
Attorney for Donald Ray Phelps Jr.

# ORDER

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Donald Ray Phelps Jr. at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Donald Ray Phelps Jr.
USMS# 96274509
GEO SECURE SERVICES
Central Valley Annex
254 Taylor Ave.
McFarland, CA 93250

IT IS SO ORDERED.

Dated:   July 26, 2023

UNITED STATES DISTRICT JUDGE